IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIA CHRZAN, | ) |
| *Plaintiff*, | ) |
| | ) No. 3:10-cv-00225 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| ADT SECURITY SERVICES, INC., | ) |
| | ) JURY DEMAND |
| *Defendant.* | ) |

## ORDER

Pending before the Court is Defendant ADT Security Services, Inc.'s ("Defendant") Motion for Partial Dismissal (Doc. No. 6) with supporting Memorandum (Doc. No. 7), requesting dismissal of Plaintiff Maria Chrzan's ("Plaintiff") claims under the Tennessee Human Rights Act on the grounds that they are time-barred. Plaintiff has responded, conceding her Tennessee Human Rights Act claims as time-barred (Doc. No. 8). Accordingly, the Court hereby **GRANTS** Defendant's Motion and **DISMISSES** Plaintiff's claims under the Tennessee Human Rights Act.

It is so ORDERED.

Entered this the 11 day of March, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT